UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


Teresa Anne Hansen,

    Plaintiff,

v.                                                                              Case No.  13-13348

Commissioner of Social Security,                          Honorable Sean F. Cox

    Defendant.
_____/


**ORDER ADOPTING REPORT AND RECOMMENDATION**

    Plaintiff brought this action challenging the Commissioner's decision denying Plaintiff's application for Disability Insurance Benefits.  Thereafter, the matter was referred to Magistrate Judge David Grand for determination of all non-dispositive motions pursuant to 28 U.S.C. § 636(b)(1) and Report and Recommendation pursuant to § 636(b)(1)(B) and (C).

    Thereafter, the parties filed cross-motions for summary judgment.  In a Report and Recommendation ("R&R") issued on September 15, 2014, Magistrate Judge Grand recommends that: 1) the Commissioner's Motion for Summary Judgment be DENIED; and 2) Plaintiff's motion be GRANTED and that, pursuant to sentence of 42 U.S.C. § 405(g), the Commissioner's decision be REMANDED for further consideration consistent with the R&R.

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the

magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the September 15, 2014, R&R.

IT IS ORDERED that the Commissioner's Motion for Summary Judgment is DENIED.

IT IS FURTHER ORDERED that Plaintiff's Motion for Summary Judgment is GRANTED and this case is REMANDED to the ALJ, pursuant to sentence four of 42 U.S.C. § 405(g), for further consideration consistent with the September 15, 2014 R&R.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  October 16, 2014

I hereby certify that a copy of the foregoing document was served upon counsel of record on October 16, 2014, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager